Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiffs was sustained.

**No. 55598.**—Louis Ruhe, Inc. v. United States, protest 168121–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.

**No. 55599.**—Air Clearance Ass'n., Inc. v. United States, protest 168838–K (New York).

Opinion by CLINE, J. The record showed that the entry was liquidated on July 6, 1950, and that the protest was filed on September 26, 1950. Since the protest was filed more than 60 days after liquidation, it was held untimely, and the motion to dismiss was granted. (Section 514, Tariff Act of 1930.)

**No. 55600.**—Chan Kee Co. et al. v. United States, protests 969299–G, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55601.**—Standard Products Co. v. United States, protest 160694–K (Boston).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55602.**—Miami Rare Bird Farm, Inc. v. United States, protest 164993–K (Tampa).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55603.**—W. A. Taylor & Co. v. United States, protests 121195–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.